UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE:

    UNCLAIMED FUNDS

The funds belonging to the estates of the debtors named on the attached list having

been disbursed in accordance with applicable orders entered in the said cases, and it

APPEARING that more than ninety (90) days have elapsed since the final notices

For the said cases, it is

Albert J. Mogavero, the trustee herein, pay to the Clerk of the U. S. Bankruptcy Court for the Western District of New York, the sum of $ 123.29 IN CHECK # 15267
               Representing unclaimed funds.

DATED: 11-16-2010

ALBERT J. MOGAVERO
TRUSTEE

F I L E D
NOV 17 2010
BANKRUPTCY COURT
BUFFALO, N.Y.

| Check Number | Debtor Last Name | Debtor Bk Case # | Amount of Check | Name of Creditor Check Issued To | Creditor Address 1 | Creditor Address 2 | City and State of Creditor | Zip Code |
|---|---|---|---|---|---|---|---|---|
| 12195 | HEUSER | 0512714 | 16.42 | HAROLD E HEUSER ✓ | 33 WAINWRIGHT RD. | | CHEEKTOWAGA NY | 14215 |
| 12196 | RHOADS | 0517196 | 6.94 | DAVID & LISA RHOADS ✓ | 180 FERGUSON DRIVE | | HILTON NY | 144689504 |
| 12197 | AKIN | 0602557 | 33.24 | TIMOTHY & SUSAN AKIN ✓ | 2937 MCKOON AVE. | | NIAGARA FALLS NY | 14305 |
| 12198 | MURRAY | 0700087 | 5.00 | KEITH G MURRAY ✓ | 3660 4TH STREET | | BLASDELL NY | 14219 |
| 12199 | WOMACK | 0704731 | 5.00 | CAROL E WOMACK ✓ | 11394 CREGO ROAD | | AKRON NY | 14001 |
| 12200 | CLAY | 0704831 | 26.65 | JOYCE O CLAY ✓ | 144 EAST DELAVAN AVENUE | | BUFFALO NY | 14208 |
| 12201 | JARVIS | 0810457 | 5.00 | HEATHER E JARVIS ✓ | 100 CHURCH STREET | | LOCKPORT NY | 14094 |
| 12202 | JOHNSON | 0810748 | 5.00 | ANN J JOHNSON ✓ | 194 EAST FAIRMOUNT AVE. | | LAKEWOOD NY | 14750 |
| 12203 | SANTILLO | 0811500 | 5.02 | MICHAEL J SANTILLO ✓ | 803A WALDEN AVE. | | BUFFALO NY | 14211 |
| 12204 | NIEVES | 0812267 | 5.02 | JENNIFER R NIEVES ✓ | 116 ALDRICH PLACE | | BUFFALO NY | 14220 |
| 12205 | DAVIS | 0814414 | 5.00 | GREGORY R DAVIS ✓ | 63 MADISON ST. | | BUFFALO NY | 14206 |
| 12206 | NGUYEN | 0910745 | 5.00 | HUNG Q NGUYEN ✓ | PO BOX 412 | | BUFFALO NY | 14240 |